UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PASCUAL PORFIRIO MORENO,<br><br>        Plaintiff,<br><br>    -v.-<br><br>MORRISON MANAGEMENT LLC,<br><br>        Defendant. | 19 Civ. 9009 (KPF)<br><br>**ORDER** |

KATHERINE POLK FAILLA, District Judge:

  On October 1, 2020, the Court issued an Order granting a motion to withdraw to Defendant's prior counsel. (Dkt. #22). The Court noted that the withdrawal of such counsel left Defendant, a limited liability company, unrepresented and therefore in default. The Court gave Defendant until October 9, 2020, to secure new counsel or face default proceedings. The Court has now received Notices of Appearance for new counsel for Defendant. (Dkt. #24-25). Therefore, Defendant is no longer in default and this action can proceed.

  Prior to prior counsel's departure, the parties were attempting to schedule a mediation. The Court stayed that requirement while it was resolving prior counsel's motion to withdraw (Dkt. #21), but that stay is now lifted. The Court ORDERS the parties to schedule a mediation, by October 22, 2020, for the months of either November or December. A mediation must occur before the end of this calendar year.

SO ORDERED.

Dated: October 8, 2020
       New York, New York

                                              KATHERINE POLK FAILLA
                                              United States District Judge