UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
PASCUAL PORFIRIO MORENO,

                Plaintiff

vs.

MORRISON MANAGEMENT LLC,

                Defendant.
-------------------------------------------------------------------- x

Case No.: 19-CV-09009

**SUGGESTION OF DEATH UPON THE RECORD UNDER FRCP 25(A)(1)**

      Defendant Morrison Management LLC, by its attorneys, Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby gives notice of and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Defendant's recently discovered death of Pascual Porfirio Moreno, the Plaintiff in this action. Pascual Porfirio Moreno passed away on or about September 16, 2020.

Dated:  New York, New York
           October 8, 2020

                                          **TANNENBAUM HELPERN
                                          SYRACUSE & HIRSCHTRITT LLP**

                                          */s/ Andrew P. Yacyshyn*
                                          By: Andrew P. Yacyshyn
                                          900 Third Avenue
                                          New York, New York 10022
                                          (212) 508-6700
                                          yacyshyn@thsh.com
                                          *Attorneys for Defendant
                                          Morrison Management LLC*

To:    Abdul K. Hassan, Esq.
         Abdul Hassan Law Group, PLLC
         215-28 Hillside Avenue
         Queens Village, New York 11427
         (718) 740-1000
         abdul@abdulhassan.com
         *Attorneys for Plaintiff Pascual Porfirio Moreno*
         [via ECF]