UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x

PASCUAL PORFIRIO MORENO,

                Plaintiff

vs.

MORRISON MANAGEMENT LLC,

                Defendant.

-----------------------------------------------------------------------x

**MEMO ENDORSED**

Case No.: 19-CV-09009

**SUGGESTION OF DEATH UPON THE RECORD UNDER FRCP 25(A)(1)**

    Defendant Morrison Management LLC, by its attorneys, Tannenbaum Helpern Syracuse & Hirschtritt LLP, hereby gives notice of and suggests upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, Defendant's recently discovered death of Pascual Porfirio Moreno, the Plaintiff in this action. Pascual Porfirio Moreno passed away on or about September 16, 2020.

Dated:  New York, New York
         October 8, 2020

                                       **TANNENBAUM HELPERN
                                       SYRACUSE & HIRSCHTRITT LLP**

                                            */s/ Andrew P. Yacyshyn*
                                       By: Andrew P. Yacyshyn
                                       900 Third Avenue
                                       New York, New York 10022
                                       (212) 508-6700
                                       yacyshyn@thsh.com
                                       *Attorneys for Defendant
                                       Morrison Management LLC*

To:    Abdul K. Hassan, Esq.
         Abdul Hassan Law Group, PLLC
         215-28 Hillside Avenue
         Queens Village, New York 11427
         (718) 740-1000
         abdul@abdulhassan.com
         *Attorneys for Plaintiff Pascual Porfirio Moreno*
         [via ECF]

In light of Defendant's recent filing, the Court hereby WITHDRAWS its prior Order requiring the parties to schedule a mediation by October 22, 2020. (Dkt. #26).  The Court will wait for further word from Plaintiff's counsel.

Dated:     October 9, 2020          SO ORDERED.
           New York, New York

*Katherine Polk Failla*

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE