# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                              Tel: 718-740-1000
Email: abdul@abdulhassan.com                                           Fax: 718-740-2000
*Employment and Labor Lawyer*                                    Web: www.abdulhassan.com

**January 6, 2021**

**Via ECF**

Hon. Katherine P. Failla, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom 618
New York, NY 10007

>        **Re: Moreno v. Morrison Management LLC**
>            Case No.  19-CV-09009 (KPF)(SDA)
>            **Status Report**

Dear Judge Failla:

    My firm represents plaintiff in the above-referenced action, and I respectfully write to provide the Court with a status report as per Your Honor's October 20, 2020 order. As of today, no successor or representative of decedent has been appointed. As such, the Court can dismiss the case without prejudice.

    We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

1