# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                       Tel: 718-740-1000
Email: abdul@abdulhassan.com            Fax: 718-740-2000
*Employment and Labor Lawyer*            Web: www.abdulhassan.com

**January 6, 2021**

**Via ECF**

Hon. Katherine P. Failla, USDJ
United States District Court, SDNY
40 Foley Square, Courtroom 618
New York, NY 10007



<p align="center"><strong><u>Re: Moreno v. Morrison Management LLC</u></strong><br>
Case No.  19-CV-09009 (KPF)(SDA)<br>
<strong>Status Report</strong></p>

Dear Judge Failla:

       My firm represents plaintiff in the above-referenced action, and I respectfully write to provide the Court with a status report as per Your Honor's October 20, 2020 order. As of today, no successor or representative of decedent has been appointed. As such, the Court can dismiss the case without prejudice.

       We thank the Court in advance for its time and consideration.

Respectfully Submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**Cc: Defense counsel via ECF**

The Court is in receipt of counsel for Plaintiff's above letter requesting that the Court dismiss the case without prejudice.  Application GRANTED. The Clerk of Court is directed to terminate all pending motions, adjourn all remaining dates, and close this case.

Dated:     January 7, 2021             SO ORDERED.
           New York, New York

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE